# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1742

_____

| | | |
|---|---|---|
| Aidrian Tokuhoshi, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Tension Envelope Corp., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: April 13, 2000
Filed: June 12, 2000

_____

Before BOWMAN, MAGILL and HANSEN, Circuit Judges.

_____

PER CURIAM.

Aidrian Tokuhoshi filed suit against Tension Envelope Corporation (Tension) on September 18, 1997, alleging that Tension failed to promote him because of his national origin in violation of Title VII, 42 U.S.C. § 1981 and the Iowa Civil Rights Act and that Tension created a hostile work environment under Title VII. The district court[1] granted summary judgment in favor of Tension. Tokuhoshi appeals only as to the dismissal of his claim of a hostile work environment. After carefully reviewing the

---

[1]The Honorable Charles R. Wolle, then Chief Judge, United States District Court for the Southern District of Iowa.

record and the parties' briefs, we affirm the judgment for the reasons stated by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.